IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LUCAR,<br><br>            Plaintiff,<br><br>vs.<br><br>PILLEN FAMILY FARMS, INC.,<br><br>            Defendant. | 4:21-CV-3142<br><br>ORDER |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 23rd day of July, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge