# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LUCAR,<br><br>                **Plaintiff,**<br><br>vs.<br><br>PILLEN FAMILY FARMS, INC.,<br><br>                **Defendant.** | 4:21CV3142<br><br>**ORDER** |

    This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

    Dated this 23rd day of July, 2021.

                                                       BY THE COURT:

                                                       s/Michael D. Nelson<br>
                                                       United States Magistrate Judge