NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUIS LUCAR
_____, )
                                    )
    Plaintiff(s),                   )
                                    )         4:21-CV-3142
                                    )
v.                                  )  CASE NO. _____
                                    )
PILLEN FAMILY FARMS, INC.           )
_____, )
                                    )
    Defendant(s).                   )

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), PILLEN FAMILY FARMS, INC. _____

_____, makes the following disclosures concerning parent
        (Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: __09/02/2021_____     __TARA TESMER PAULSON_____
                                                                          (Signature)

### CERTIFICATE OF SERVICE

I hereby certify that on __09/02/2021_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:__KATHLEEN M. NEARY_____,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: _____.


                                                       s/ __TARA TESMER PAULSON_____