IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS LUCAR, ) | |
| ) | Case No. 4:21-cv-3142 |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION FOR** |
| ) | **DISMISSAL WITH PREJUDICE** |
| PILLEN FAMILY FARMS, INC. ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate and jointly agree that all claims in the above-captioned matter should be dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

Dated: March 02, 2022

                                        PILLEN FAMILY FARMS, INC., Defendant

                                        By:    REMBOLT LUDTKE LLP
                                                      3 Landmark Centre
                                                       1128 Lincoln Mall, Suite 300
                                                       Lincoln, NE 68508
                                                       (402) 475-5100
                                                       tpaulson@remboltlawfirm.com

                                        By:    /s/ Tara Tesmer Paulson
                                                        Tara Tesmer Paulson (#24454)

                                        LUIS LUCAR, Plaintiff

                                        By:    POWERS LAW
                                                       411 South 13th Street, Suite 300
                                                       Lincoln, NE 68508
                                                       kathleen@vpowerslaw.com

                                        By:    /s/Kathleen M. Neary
                                                       Kathleen M. Neary

4877-3877-8386, v. 1